## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| In re: CARNAGHI, RICHARD KENNETH § <br> CARNAGHI, JANETTE MARIE § <br> § <br> Debtor(s) § | Case No. 09-30543 |

### NOTICE OF AMENDED TRUSTEE'S FINAL REPORT AND
### APPLICATIONS FOR COMPENSATION
### AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that BRADLEY J. WALLER_____, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
219 S. Dearborn Street
Chicago, IL  60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at 09:15am on 07/09/2010 in Courtroom 201, United States Courthouse, Will County Court Annex Building
57 North Ottawa Street
Joliet, IL  60432.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed:  05/18/2010            By:  /s/BRADLEY J. WALLER_____
                                              Trustee

BRADLEY J. WALLER

2045 ABERDEEN COURT
SYCAMORE, IL  60178
(815) 748-0380

**UST Form 101-7-NFR (9/1/2009)**

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: CARNAGHI, RICHARD KENNETH | § | Case No. 09-30543 |
| CARNAGHI, JANETTE MARIE | § | |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF AMENDED TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

*The Final Report shows receipts of*      $ 50,012.76

*and approved disbursements of*      $ 0.00

*leaving a balance on hand of* [1]      $ 50,012.76

Claims of secured creditors will be paid as follows:

*Claimant*      *Proposed Payment*

N/A

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | | *Fees* | *Expenses* |
|---|---|---|---|
| Trustee | BRADLEY J. WALLER | $ 3,366.06 | $ 140.00 |
| Attorney for trustee | | $ | $ |
| Appraiser | | $ | $ |
| Auctioneer | | $ | $ |
| Accountant | | $ | $ |
| Special Attorney for trustee | | $ | $ |
| Charges, | U.S. Bankruptcy Court | $ | $ |
| Fees, | United States Trustee | $ | $ |
| Other | | $ | $ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

*Reason/Applicant*      *Fees*      *Expenses*

---

1 The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (9/1/2009)**

| | | | |
|---|---|---|---|
| *Attorney for debtor* | _____ | $_____ | $_____ |
| *Attorney for* | _____ | $_____ | $_____ |
| *Accountant for* | _____ | $_____ | $_____ |
| *Appraiser for* | _____ | $_____ | $_____ |
| *Other* | _____ | $_____ | $_____ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

*Claim Number    Claimant                          Allowed Amt. of Claim    Proposed Payment*

N/A

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 21,864.29 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 103.6 percent.

Timely allowed general (unsecured) claims are as follows:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| 1 | Roundup Funding, LLC | $ 2,276.43 | $ 2,276.43 |
| 1I | Roundup Funding, LLC | $ 82.28 | $ 82.28 |
| 2 | RBS Citizens | $ 8,591.47 | $ 8,591.47 |
| 2I | RBS Citizens | $ 310.54 | $ 310.54 |
| 3 | U. S. Bank N.A. | $ 7,285.74 | $ 7,285.74 |
| 3I | U. S. Bank N.A. | $ 263.35 | $ 263.35 |
| 4 | Chase Bank USA NA | $ 3,710.65 | $ 3,710.65 |
| 4I | Chase Bank USA NA | $ 134.12 | $ 134.12 |

**UST Form 101-7-NFR (9/1/2009)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

*Claim Number     Claimant                                Allowed Amt. of Claim     Proposed Payment*
                                   N/A

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

*Claim Number     Claimant                                Allowed Amt. of Claim     Proposed Payment*
                                   N/A

The amount of surplus returned to the debtor after payment of all claims and interest is $23,852.12.

                              Prepared By:  /s/BRADLEY J. WALLER
                                            Trustee, Bradley J. Waller

BRADLEY J. WALLER

2045 ABERDEEN COURT
SYCAMORE, IL  60178
(815) 748-0380

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (9/1/2009)**

# CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: mmiller            Page 1 of 1           Date Rcvd: Aug 21, 2009
Case: 09-30543                Form ID: b9a             Total Noticed: 18
```

The following entities were noticed by first class mail on Aug 23, 2009.

```
db/jdb       +Richard Kenneth Carnaghi,    Janette Marie Carnaghi,    450 Janet Dr.,   Braidwood, IL 60408-2085
aty          +Ross T Brand,   Law Offices of Peter Francis Geraci,    55 E. Monroe St. # 3400,
               Chicago, IL 60603-5920
tr           +Bradley J Waller,    Klein Stoddard Buck Waller & Lewis LLC,    2045 Aberdeen Court,
               Sycamore, IL 60178-3140
14339515     +Asset Management OUT,    Attn: Bankruptcy Dept.,    401 Pilot Ct Ste A,   Waukesha, WI 53188-2481
14339516     +BANK OF America,    Attn: Bankruptcy Dept.,    201 N Tryon St,   Charlotte, NC 28202-2146
14339527     +Bowman Heintz Boscia & Vician,    Bankruptcy Department,    14 W. Jefferson St,
               Indianapolis, IN 46201
14339518     +Equifax,   Attn: Bankruptcy Dept.,    P.O. Box 740241,    Atlanta, GA 30374-0241
14339519     +Experian,   Attn: Bankruptcy Dept.,    P.O. Box 2002,    Allen, TX 75013-2002
14339517    ++FIFTH THIRD BANK,    MD# ROPS05 BANKRUPTCY DEPT,    1850 EAST PARIS SE,
               GRAND RAPIDS MI 49546-6253
              (address filed with court: Fifth Third BANK,    Attn: Bankruptcy Dept.,   Fifth Third Center,
               Cincinnati, OH 45263)
14339525     +G M A C,   Attn: Bankruptcy Dept.,    15303 S 94th Ave,    Orland Park, IL 60462-3825
14339528     +RBS Citizens,    Attn: Bankruptcy Dept.,    PO BOX 7092,   Bridgeport, CT 06601-7092
14339520     +TransUnion,   Attn: Bankruptcy Dept.,    P.O. Box 1000,    Chester, PA 19022-2001
14339524    ++US BANK,   PO BOX 5229,    CINCINNATI OH 45201-5229
              (address filed with court: US BANK/NA ND,    Attn: Bankruptcy Dept.,    4325 17Th Ave S,
               Fargo, ND 58125)
14339514     +US BANK HOME Mortgage,    Attn: Bankruptcy Dept.,    4801 Frederica St,   Owensboro, KY 42301-7441
14339526     +Will County Circuit Court,    Doc #09AR486,    14 W. Jefferson St,   Joliet, IL 60432-4300
```

The following entities were noticed by electronic transmission on Aug 21, 2009.

```
14339516      +EDI: BANKAMER2.COM Aug 21 2009 16:33:00      BANK OF America,    Attn: Bankruptcy Dept.,
               201 N Tryon St,    Charlotte, NC 28202-2146
14339521      +EDI: CHASE.COM Aug 21 2009 16:34:00      CHASE,   Attn: Bankruptcy Dept.,    800 Brooksedge Blvd,
               Westerville, OH 43081-2822
14339525      +EDI: GMACFS.COM Aug 21 2009 16:29:00      G M A C,   Attn: Bankruptcy Dept.,    15303 S 94th Ave,
               Orland Park, IL 60462-3825
14339522      +EDI: WTRRNBANK.COM Aug 21 2009 16:33:00      Target NB,   Attn: Bankruptcy Dept.,    Po Box 673,
               Minneapolis, MN 55440-0673
14339524       EDI: USBANKARS.COM Aug 21 2009 16:34:00      US BANK/NA ND,    Attn: Bankruptcy Dept.,
               4325 17Th Ave S,    Fargo, ND 58125
14339514      +EDI: USBANKARS.COM Aug 21 2009 16:34:00      US BANK HOME Mortgage,    Attn: Bankruptcy Dept.,
               4801 Frederica St,    Owensboro, KY 42301-7441
14339523      +EDI: WFNNB.COM Aug 21 2009 16:33:00      Wfnnb/THE AVENUE,    Attn: Bankruptcy Dept.,   Po Box 2974,
               Shawnee Mission, KS 66201-1374
                                                                                               TOTAL: 7
```

```
             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Aug 23, 2009**                     **Signature:**    *Joseph Speetjens*