**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**

In re: CARNAGHI, RICHARD KENNETH        Case No. 09-30543
      CARNAGHI, JANETTE MARIE
                                         Chapter 7
_____,
                Debtors

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

BRADLEY J. WALLER, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $222,724.00 *(without deducting any secured claims)* | Assets Exempt: $43,499.00 |
| Total Distribution to Claimants: $22,654.58 | Claims Discharged Without Payment: $0.00 |
| Total Expenses of Administration: $3,506.06 | |

3) Total gross receipts of $ 50,012.76 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 23,852.12 (see **Exhibit 2**), yielded net receipts of $26,160.64 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from Exhibit 3) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from Exhibit 4) | 0.00 | 3,506.06 | 3,506.06 | 3,506.06 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (fromExhibit 5) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from Exhibit 6) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (fromExhibit 7) | 0.00 | 22,654.58 | 22,654.58 | 22,654.58 |
| TOTAL DISBURSEMENTS | $0.00 | $26,160.64 | $26,160.64 | $26,160.64 |

4) This case was originally filed under Chapter 7 on August 20, 2009. The case was pending for 14 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 11/09/2010            By: /s/BRADLEY J. WALLER
                                  Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 —GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Life Insurance Proceeds | 1290-000 | 50,000.00 |
| Interest Income | 1270-000 | 12.76 |
| **TOTAL GROSS RECEIPTS** | | **$50,012.76** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 —FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| CARNAGHI, RICHARD KENNETH | Dividend paid 100.00% on $23,852.12; Claim# SURPLUS; Filed: $23,852.12; Reference: | 8200-000 | 0.00 |
| CARNAGHI, JANETTE MARIE | | 8200-002 | 23,852.12 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$23,852.12** |

## EXHIBIT 3 —SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|

**UST Form 101-7-TDR (10/1/2010)**

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | N/A | | | |
| **TOTAL SECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BRADLEY J. WALLER | 2100-000 | N/A | 3,366.06 | 3,366.06 | 3,366.06 |
| BRADLEY J. WALLER | 2200-000 | N/A | 140.00 | 140.00 | 140.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 3,506.06 | 3,506.06 | 3,506.06 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| | | N/A | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | 0.00 | 0.00 | 0.00 |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | N/A | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | 0.00 | 0.00 | 0.00 | 0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Roundup Funding, LLC | 7100-000 | N/A | 2,276.43 | 2,276.43 | 2,276.43 |
| 1I | Roundup Funding, LLC | 7990-000 | N/A | 82.28 | 82.28 | 82.28 |
| 2 | RBS Citizens | 7100-000 | N/A | 8,591.47 | 8,591.47 | 8,591.47 |
| 2I | RBS Citizens | 7990-000 | N/A | 310.54 | 310.54 | 310.54 |
| 3 | U. S. Bank N.A. | 7100-000 | N/A | 7,285.74 | 7,285.74 | 7,285.74 |
| 3I | U. S. Bank N.A. | 7990-000 | N/A | 263.35 | 263.35 | 263.35 |
| 4 | Chase Bank USA NA | 7100-000 | N/A | 3,710.65 | 3,710.65 | 3,710.65 |
| 4I | Chase Bank USA NA | 7990-000 | N/A | 134.12 | 134.12 | 134.12 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | 0.00 | 22,654.58 | 22,654.58 | 22,654.58 |

**UST Form 101-7-TDR (10/1/2010)**

# Form 1

Page: 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 09-30543  
**Case Name:** CARNAGHI, RICHARD KENNETH  
CARNAGHI, JANETTE MARIE  
**Period Ending:** 11/09/10

**Trustee:** (330500)   BRADLEY J. WALLER  
**Filed (f) or Converted (c):** 08/20/09 (f)  
**§341(a) Meeting Date:** 09/29/09  
**Claims Bar Date:** 11/30/09

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | (Debtors primary | 170,000.00 | 0.00 | DA | 0.00 | FA |
| 2 | checking account with Charter One. | 300.00 | 0.00 | DA | 0.00 | FA |
| 3 | Household goods; TV, VCR, stereo, sofa, vacuum, | 2,000.00 | 0.00 | DA | 0.00 | FA |
| 4 | Books, Compact Discs, Tapes/Records, Family Pict | 200.00 | 0.00 | DA | 0.00 | FA |
| 5 | Necessary wearing apparel. | 50.00 | 0.00 | DA | 0.00 | FA |
| 6 | Weddding ring, jewelry. | 300.00 | 0.00 | DA | 0.00 | FA |
| 7 | Sporting or hobby equipment. | 100.00 | 0.00 | DA | 0.00 | FA |
| 8 | Whole Life Insurance | 500.00 | 0.00 | DA | 0.00 | FA |
| 9 | Pension w/ Employer/Former Employer - 100% Exemp | 34,449.00 | 0.00 | DA | 0.00 | FA |
| 10 | 1995 GMC Sierra with over 127,000 miles. | 800.00 | 0.00 | DA | 0.00 | FA |
| 11 | BANK OF America - 2008 Chevy Malibu with over 13 | 14,025.00 | 0.00 | DA | 0.00 | FA |
| 12 | Family Pets/Animals. 2 dogs | 0.00 | 0.00 | DA | 0.00 | FA |
| 13 | Life Insurance Proceeds (u) | Unknown | 50,000.00 | | 50,000.00 | 0.00 |
| Int | INTEREST (u) | Unknown | N/A | | 12.76 | FA |
| 14 | Assets    Totals (Excluding unknown values) | $222,724.00 | $50,000.00 | | $50,012.76 | $0.00 |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**   December 31, 2010      **Current Projected Date Of Final Report (TFR):**   May 20, 2010  (Actual)

Printed: 11/09/2010 10:49 AM    V.12.54

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 09-30543 | | Trustee: | BRADLEY J. WALLER (330500) |
| Case Name: | CARNAGHI, RICHARD KENNETH | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | CARNAGHI, JANETTE MARIE | | Account: | \*\*\*-\*\*\*\*\*18-65 - Money Market Account |
| Taxpayer ID #: | \*\*-\*\*\*0714 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 11/09/10 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 10/19/09 | {13} | Janette M. Carnaghi | Life Insurance Proceeds | 1290-000 | 50,000.00 | | 50,000.00 |
| 10/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.68 | | 50,000.68 |
| 11/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 2.10 | | 50,002.78 |
| 12/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 2.10 | | 50,004.88 |
| 01/29/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.97 | | 50,006.85 |
| 02/26/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.90 | | 50,008.75 |
| 03/31/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 2.24 | | 50,010.99 |
| 04/06/10 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0500% | 1270-000 | 0.34 | | 50,011.33 |
| 04/06/10 | | Wire out to BNYM account 9200\*\*\*\*\*\*1865 | Wire out to BNYM account 9200\*\*\*\*\*\*1865 | 9999-000 | -50,011.33 | | 0.00 |

|  |  |  |  |
|---|---|---|---|
| ACCOUNT TOTALS | 0.00 | 0.00 | $0.00 |
| Less: Bank Transfers | -50,011.33 | 0.00 | |
| Subtotal | 50,011.33 | 0.00 | |
| Less: Payments to Debtors | | 0.00 | |
| NET Receipts / Disbursements | $50,011.33 | $0.00 | |

{} Asset reference(s) 

Printed: 11/09/2010 10:49 AM V.12.54

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

| Case Number: | 09-30543 | Trustee: | BRADLEY J. WALLER (330500) |
|---|---|---|---|
| Case Name: | CARNAGHI, RICHARD KENNETH | Bank Name: | The Bank of New York Mellon |
| | CARNAGHI, JANETTE MARIE | Account: | 9200-******18-65 - Money Market Account |
| Taxpayer ID #: | **-***0714 | Blanket Bond: | $5,000,000.00  (per case limit) |
| Period Ending: | 11/09/10 | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/06/10 | | Wire in from JPMorgan Chase Bank, N.A. account ********1865 | Wire in from JPMorgan Chase Bank, N.A. account ********1865 | 9999-000 | 50,011.33 | | 50,011.33 |
| 04/21/10 | Int | The Bank of New York Mellon | Current Interest Rate is  0.0700% | 1270-000 | 1.43 | | 50,012.76 |
| 04/21/10 | | To Account #9200******1866 | | 9999-000 | | 50,012.76 | 0.00 |
| | | | ACCOUNT TOTALS | | 50,012.76 | 50,012.76 | $0.00 |
| | | | Less: Bank Transfers | | 50,011.33 | 50,012.76 | |
| | | | Subtotal | | 1.43 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $1.43 | $0.00 | |

{} Asset reference(s)

Printed: 11/09/2010 10:49 AM    V.12.54

# Form 2
## Cash Receipts And Disbursements Record

Page: 3

| Case Number: | 09-30543 | | Trustee: | BRADLEY J. WALLER (330500) |
|---|---|---|---|---|
| Case Name: | CARNAGHI, RICHARD KENNETH | | Bank Name: | The Bank of New York Mellon |
| | CARNAGHI, JANETTE MARIE | | Account: | 9200-******18-66 - Checking Account |
| Taxpayer ID #: | **-***0714 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 11/09/10 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 04/21/10 | | From Account #9200******1865 | | 9999-000 | 50,012.76 | | 50,012.76 |
| 07/09/10 | 101 | BRADLEY J. WALLER | Dividend paid 100.00% on $140.00, Trustee Expenses; Reference: | 2200-000 | | 140.00 | 49,872.76 |
| 07/09/10 | 102 | BRADLEY J. WALLER | Dividend paid 100.00% on $3,366.06, Trustee Compensation; Reference: | 2100-000 | | 3,366.06 | 46,506.70 |
| 07/09/10 | 103 | Roundup Funding, LLC | Dividend paid 100.00% on $2,276.43; Claim# 1; Filed: $2,276.43; Reference: | 7100-000 | | 2,276.43 | 44,230.27 |
| 07/09/10 | 104 | RBS Citizens | Dividend paid 100.00% on $8,591.47; Claim# 2; Filed: $8,591.47; Reference: | 7100-000 | | 8,591.47 | 35,638.80 |
| 07/09/10 | 105 | U. S. Bank N.A. | Dividend paid 100.00% on $7,285.74; Claim# 3; Filed: $7,285.74; Reference: | 7100-000 | | 7,285.74 | 28,353.06 |
| 07/09/10 | 106 | Chase Bank USA NA | Dividend paid 100.00% on $3,710.65; Claim# 4; Filed: $3,710.65; Reference: | 7100-000 | | 3,710.65 | 24,642.41 |
| 07/09/10 | 107 | Roundup Funding, LLC | Dividend paid 100.00% on $82.28; Claim# 1I; Filed: $82.28; Reference: | 7990-000 | | 82.28 | 24,560.13 |
| 07/09/10 | 108 | RBS Citizens | Dividend paid 100.00% on $310.54; Claim# 2I; Filed: $310.54; Reference: | 7990-000 | | 310.54 | 24,249.59 |
| 07/09/10 | 109 | U. S. Bank N.A. | Dividend paid 100.00% on $263.35; Claim# 3I; Filed: $263.35; Reference: | 7990-000 | | 263.35 | 23,986.24 |
| 07/09/10 | 110 | Chase Bank USA NA | Dividend paid 100.00% on $134.12; Claim# 4I; Filed: $134.12; Reference: | 7990-000 | | 134.12 | 23,852.12 |
| 07/09/10 | 111 | CARNAGHI, RICHARD KENNETH | Dividend paid 100.00% on $23,852.12; Claim# SURPLUS; Filed: $23,852.12; Reference: Voided on 07/19/10 | 8200-000 | | 23,852.12 | 0.00 |
| 07/19/10 | 111 | CARNAGHI, RICHARD KENNETH | Dividend paid 100.00% on $23,852.12; Claim# SURPLUS; Filed: $23,852.12; Reference: Voided: check issued on 07/09/10 | 8200-000 | | -23,852.12 | 23,852.12 |
| 07/19/10 | 112 | CARNAGHI, JANETTE MARIE | | 8200-002 | | 23,852.12 | 0.00 |
| | | | ACCOUNT TOTALS | | 50,012.76 | 50,012.76 | $0.00 |
| | | | Less: Bank Transfers | | 50,012.76 | 0.00 | |
| | | | Subtotal | | 0.00 | 50,012.76 | |
| | | | Less: Payments to Debtors | | | 23,852.12 | |
| | | | NET Receipts / Disbursements | | $0.00 | $26,160.64 | |

{} Asset reference(s)

Printed: 11/09/2010 10:49 AM    V.12.54

# Form 2

## Cash Receipts And Disbursements Record

Page: 4

| Case Number: | 09-30543 | | Trustee: | BRADLEY J. WALLER (330500) |
|---|---|---|---|---|
| Case Name: | CARNAGHI, RICHARD KENNETH | | Bank Name: | The Bank of New York Mellon |
| | CARNAGHI, JANETTE MARIE | | Account: | 9200-******18-66 - Checking Account |
| Taxpayer ID #: | **-***0714 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 11/09/10 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| MMA # ***-*****18-65 | 50,011.33 | 0.00 | 0.00 |
| MMA # 9200-******18-65 | 1.43 | 0.00 | 0.00 |
| Checking # 9200-******18-66 | 0.00 | 26,160.64 | 0.00 |
| | $50,012.76 | $26,160.64 | $0.00 |

{} Asset reference(s)

Printed: 11/09/2010 10:49 AM  V.12.54